# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Genri VELASQUEZ Mazariegoz<br><br>Defendant. | Case No.: __25mj3546__<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about June 25, 2025, within the Southern District of California, defendant Genri VELASQUEZ Mazariegoz did forcibly assault a person designated in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, United States Customs and Border Protection Officer Michael F. Goodwin, where such acts involved physical contact, to wit: defendant utilized his vehicle to trap Officer Goodwin's arm inside the driver's side window of the vehicle, while the Officer was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Special Agent Francisco Bernal
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th of June 2025.

_____
Honorable Jill L. Burkhardt
United States Magistrate Judge

## **STATEMENT OF FACTS**

This Complaint and Statement of Facts is based on the reports, interview of witness, and a viewing of Customs and Border Protection ("CBP") video footage by Homeland Security Investigations Special Agent Natasha Williams.

On June 25, 2025, at approximately 3:35 p.m., Genri VELASQUEZ Mazariegoz, ("VELASQUEZ"), a United States citizen, attempted to depart from the United States into Mexico through the Otay Mesa POE through the vehicle outbound lanes. VELASQUEZ was the driver, sole occupant, and registered owner of a 2016 Honda Accord ("the vehicle") bearing California license plates.

U.S. Customs and Border Protection Officers (CBPO) and U.S. Border Patrol Agents were conducting outbound operations at the Otay Mesa Port of Entry. During the outbound operation, the vehicle operated by VELASQUEZ was selected for an outbound inspection.

Border Patrol Agents attempted to stop the vehicle for an outbound inspection to which VELASQUEZ did not stop when requested. After the vehicle failed to stop for Border Patrol Agents, Customs and Border Protection Officers were able to initiate a stop on the vehicle and placed a vehicle immobilization device ("stop stick") in front of the driver's side tire. A CBPO asked VELASQUEZ why he did not stop, VELASQUEZ responded he did not have to stop if he did not want to, that CBP did not have authority to stop him, and asked why he was being inspected. A CBPO explained to VELASQUEZ that CBP has outbound inspection authority and attempted to ask VELASQUEZ questions. VELASQUEZ was uncooperative with the CBPO's commands by refusing to roll the driver's side window all the way down, by stating to the CBPO he would not answer any questions, and by refusing

1

to place the vehicle in park. CBPOs placed stop sticks in front of the vehicle and a CBPO continued to give commands for VELASQUEZ to step out of the vehicle.

Due to officer safety and VELASQUEZ not complying with the CBPO's commands, CBPO Michael F. Goodwin reached through the driver's side window to unlock the door for extraction. At this time, VELASQUEZ raised the driver side window temporarily trapping the arm of the CBPO Goodwin between the window and door frame. CBPO Goodwin was able to lower the window, unlock the doors, and gain control of VELASQUEZ's arm. VELASQUEZ continued to resist by refusing to place the vehicle in park and not exiting from the vehicle. VELASQUEZ was removed from the vehicle and continued to be non-compliant by swinging his arms and pushing away. At this time, a CBPO utilized a taser on the lower back area of VELASQUEZ. VELASQUEZ fell to the ground and the CBP Officers were able to place VELASQUEZ in handcuffs.

VELASQUEZ was escorted to the Security Office for further processing. While in the Security Office, VELASQUEZ stated to CBPOs he had been non-compliant before, was non-compliant today, and would continue to be non-compliant in the future.

VELASQUEZ was placed under arrest at 6:53 approximately p.m.

VELASQUEZ was arrested and charged with a violation of Title 18, United States Code, Sections 111 assault on a federal officer.