Adam Gordon
United States Attorney
Jordan B. Arakawa
Assistant U.S. Attorney
California Bar No. 294207
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6955
Email: jordan.arakawa@usdoj.gov

Attorneys for the United States

United States District Court

Southern District of California

| United States of America, | Case No. 25-cr-02734-H |
|---|---|
| Plaintiff, | |
| v. | **United States' Motion to Dismiss Indictment Without Prejudice** |
| Genri Velasquez Mazariegoz, | |
| Defendant. | The Honorable Marilyn L. Huff |

The United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Jordan Arakawa, Assistant United States Attorney, respectfully requests, pursuant to Rule 48, Federal Rules of Criminal Procedure, that the Court dismiss the Indictment in the above-entitled case without prejudice. Additional investigation has caused the United States to re-evaluate prosecution in this matter. The United States has conferred with defense counsel and the defendant is not opposed to this motion.

Respectfully submitted,

Adam Gordon
United States Attorney

Jordan Arakawa
Assistant U.S. Attorney