United States District Court

Southern District of California

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Genri Velasquez Mazariegoz,<br><br>　　　　　Defendant. | Case No. 25-cr-02734-H<br><br>**Judgment and Order Granting United States' Motion to Dismiss Indictment Without Prejudice**<br><br>The Honorable Marilyn L. Huff |

　　Upon the motion of the United States, and good cause having been shown,

　　IT IS ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: August 11, 2025.

_____
The Honorable Marilyn L. Huff
United States District Judge